| United States Bankruptcy Court<br>Eastern District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Northland Heat Treating, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Northland Heat Treating | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  EIN: 39-1819770 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State)<br>1326 Smith Avenue<br>Antigo, WI        ZIPCODE 54409 | Street Address of Joint Debtor (No. and Street, City, and State)        ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Langlade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO Box 278<br>Antigo, WI        ZIPCODE 54409 | Mailing Address of Joint Debtor (if different from street address):        ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):        ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other   heat treating

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Northland Heat Treating, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Northland Heat Treating, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X   /s/ John A.Foscato
Signature of Attorney for Debtor(s)

JOHN A.FOSCATO 1018196
Printed Name of Attorney for Debtor(s)

Firm Name

P.O. Box 1133
Address

Green Bay, WI 54305-1133

920-432-8801
Telephone Number

9/26/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Danny Miller
Signature of Authorized Individual

DANNY MILLER
Printed Name of Authorized Individual

President
Title of Authorized Individual

9/26/11
Date

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    Northland Heat Treating, Inc.

_____      Case No. _____
Debtor

Chapter    _____11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

<div align="center">

**AMOUNTS SCHEDULED**

</div>

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 893,500.00 | | |
| B – Personal Property | YES | 11 | $ 1,080,220.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 1,383,150.28 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 64,100.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 22 | | $ 345,920.08 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 42 | $ 1,973,720.00 | $ 1,793,170.51 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**Official Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re _Northland Heat Treating, Inc._

Debtor

Case No. _____

Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re  Northland Heat Treating, Inc. ,

Debtor

Case No. _____

Chapter ___11___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Robert Schoen Sr.<br>845 LaCrosse St.<br>Mauston, WI 53948 | | | | 6,270.92 |
| Cooley Wire Products Mfg.<br>5025 N. River Rd.<br>Schiller Park, IL 60176 | | | | 6,302.00 |
| Leah Tubb<br>16141 Langley Way<br>Grass Valley, CA 95949 | | | | 6,323.20 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Bank of America
PO Box 851001
Dallas, TX
75285-1001
6,817.65

Manifest Funding
Services
PO Box 790448
St. Louis, MO
63179-0448
6,942.46

Horizon Freightways,
Inc.
PO Box 20706
Milwaukee, WI 53220
7,045.70

US Bank
PO Box 790408
St. Louis, MO
63179-0408
7,276.23

American Industrial
Leasing Co.
PO Box 1170
Milwaukee, WI
53201-1170
7,849.88

Capital One
PO Box 60599
City of Industry,
CA91716-0599
8,309.63

Wells Fargo Financial
Leasing
PO Box 6434
Carol Stream, IL
60197-6434
8,793.65

Pietz, VanderWall,
Stacker & Rottier
530 Jackson St.
Wausau, WI 54403
9,465.70

Bankruptcy2011 © 1991-2011, New Hope Software, Inc... ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Bank of America<br>PO Box 51001<br>Dallas, TX<br>75285-1001 | | | | 12,746.46 |
| Farm Bureau Co-op<br>PO Box 54<br>Antigo, WI 54409 | | | | 14,081.37 |
| Benz Oil<br>Bin #53141<br>Milwaukee, WI 53288 | | | | 15,563.10 |
| Wisconsin Public<br>Service<br>PO Box 19003<br>Green Bay, WI<br>54307-9003 | | | | 15,607.15 |
| Tammy Gilbert<br>W9522 E 10th Ave.<br>Antigo, WI 54409 | | | | 20,000.00 |
| State Bank of<br>Florence<br>PO Box 500<br>Florence, WI 54121 | | | | 22,340.42 |
| Mary Milbrath<br>2310 Enda Ave.<br>Park Ridge, IL 60068 | | | | 30,000.00 |
| City Gas Co.<br>PO Box 370<br>Antigo, WI 54409 | | | | 32,343.40 |
| State Bank of<br>Florence<br>PO Box 500<br>Florence, WI 54121 | | | | 1,360,286.00<br>Collateral FMV<br>893,500.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    9/26/11

Signature    /s/ Danny Miller

DANNY MILLER,
President

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc. _____     Case No. _____
**Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Property; secured<br><br>1326 Smith Ave.<br>Antigo, WI 54409 | Fee Simple | | 893,500.00 | 1,384,150.28 |
| | | Total ➤ | 893,500.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re    Northland Heat Treating, Inc.          Case No. _____
                 **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re    Northland Heat Treating, Inc.                                    Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Mercedes Benz box truck<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 40,000.00 |
| | | 1994 Ford F150<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 2,000.00 |
| | | 1988 Ford F250<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 1,000.00 |

In re    Northland Heat Treating, Inc.                          Case No. _____
         **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Brothers laser printer, copier & scanner<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 200.00 |
| | | Office equipment & furnishings<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 5,000.00 |
| | | Filing & storage equipment<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 1,000.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | Holecraft Batch Carbonizer<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 50,000.00 |
| | | Holecraft Batch Carbonizer<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 50,000.00 |
| | | Holecraft draw tempering oven<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 20,000.00 |
| | | Holecraft washer<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 6,500.00 |
| | | Wisconsin Oven Corp. Draw Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 18,500.00 |
| | | Holecraft Transfer Card System | | 25,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc.                    Case No. _____
_____
                **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave.<br>Antigo, WI 54409 | | |
| | | JC Becker Boxcar Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 40,000.00 |
| | | Despath Oven<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 4,000.00 |
| | | Vacuum Furnace System<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 160,000.00 |
| | | Linberg Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 7,500.00 |
| | | Linberg Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 7,500.00 |
| | | Linberg Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 8,500.00 |
| | | Despatch Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 8,500.00 |
| | | Sunbeam Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 7,500.00 |
| | | Linberg Electric Furnace | | 8,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re    Northland Heat Treating, Inc.                              Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave.<br>Antigo, WI 54409 | | |
| | | Linberg Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 7,500.00 |
| | | LTN Electric Furnace<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 10,000.00 |
| | | Radyne AKO Electric Induction Heating System<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 50,000.00 |
| | | Radyne AKO Electric Induction Heating System<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 60,000.00 |
| | | Blue M Electric Oven<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 4,500.00 |
| | | Grieve Electric Oven<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 4,500.00 |
| | | Grieve Electric oven<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 4,500.00 |
| | | Radyne Versa Power<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 5,000.00 |
| | | Magna Flux Machine | | 4,500.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re    Northland Heat Treating, Inc.                          Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave. Antigo, WI 54409 | | |
| | | Sunbeam Electric Generator 1326 Smith Ave. Antigo, WI 54409 | | 6,500.00 |
| | | Sunbe4am Electric Generator 1326 Smith Ave. Antigo, WI 54409 | | 6,500.00 |
| | | Welbuilt Parts Cleaner 1326 Smith Ave. Antigo, WI 54409 | | 200.00 |
| | | Welbuilt Horizontal Band Saw 1326 Smith Ave. Antigo, WI 54409 | | 250.00 |
| | | Hannifin Hydraulic C Frame Bench Style Press 1326 Smith Ave. Antigo, WI 54409 | | 2,500.00 |
| | | Hannifin Straightening Press 1326 Smith Ave. Antigo, WI 54409 | | 5,000.00 |
| | | Jet engine lathe 1326 Smith Ave. Antigo, WI 54409 | | 2,000.00 |
| | | Jet Bench mill & drill 1326 Smith Ave. Antigo, WI 54409 | | 1,500.00 |
| | | Rong Fu Horizontal Band Saw | | 300.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc.                          Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave. Antigo, WI 54409 | | |
| | | Central Machine table drill 1326 Smith Ave. Antigo, WI 54409 | | 50.00 |
| | | Vertical band saw 1326 Smith Ave. Antigo, WI 54409 | | 300.00 |
| | | Delta sander 1326 Smith Ave. Antigo, WI 54409 | | 100.00 |
| | | Valley 6" bench grinder 1326 Smith Ave. Antigo, WI 54409 | | 25.00 |
| | | Buehler variable speed grinder & buffer 1326 Smith Ave. Antigo, WI 54409 | | 3,000.00 |
| | | Buehler mounting press 1326 Smith Ave. Antigo, WI 54409 | | 3,000.00 |
| | | Buehler high quality hardness tester 1326 Smith Ave. Antigo, WI 54409 | | 7,000.00 |
| | | Buehler Samplemet abrasive cutter 1326 Smith Ave. Antigo, WI 54409 | | 4,500.00 |
| | | Detroit testing machine | | 600.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc.                     Case No. _____
                         **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave. Antigo, WI 54409 | | |
| | | Wilson hardness tester 1326 Smith Ave. Antigo, WI 54409 | | 500.00 |
| | | Delta 1" sander 1326 Smith Ave. Antigo, WI 54409 | | 50.00 |
| | | Wilson Rockwell hardness tester 1326 Smith Ave. Antigo, WI 54409 | | 500.00 |
| | | (2) Wilson hardness portable testers 1326 Smith Ave. Antigo, WI 54409 | | 1,000.00 |
| | | Buehler positioning table 1326 Smith Ave. Antigo, WI 54409 | | 5,000.00 |
| | | Famco #2 Arbor press 1326 Smith Ave. Antigo, WI 54409 | | 20.00 |
| | | Torch set, tank cart, gauges, hose tip 1326 Smith Ave. Antigo, WI 54409 | | 250.00 |
| | | Century Power supply welder 1326 Smith Ave. Antigo, WI 54409 | | 500.00 |
| | | Skill sander | | 100.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc. _____          Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave. Antigo, WI 54409 | | |
| | | Sears vertical band saw 1326 Smith Ave. Antigo, WI 54409 | | 50.00 |
| | | Dayton shop vacuum 1326 Smith Ave. Antigo, WI 54409 | | 400.00 |
| | | Stone Abrasive chop saw 1326 Smith Ave. Antigo, WI 54409 | | 100.00 |
| | | Rockwell hardness tester 1326 Smith Ave. Antigo, WI 54409 | | 300.00 |
| | | Lunda automatic washer 1326 Smith Ave. Antigo, WI 54409 | | 2,500.00 |
| | | Ingersoll Rand air compressor 1326 Smith Ave. Antigo, WI 54409 | | 1,200.00 |
| | | Enco 12" table saw 1326 Smith Ave. Antigo, WI 54409 | | 75.00 |
| | | Sentury electric heat treat furnace 1326 Smith Ave. Antigo, WI 54409 | | 400.00 |
| | | Craftsman generator | | 750.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc.                                    Case No. _____
               **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave. Antigo, WI 54409 | | |
| | | Landa hot pressure washer 1326 Smith Ave. Antigo, WI 54409 | | 2,500.00 |
| | | Automatic Transportation fork lift 1326 Smith Ave. Antigo, WI 54409 | | 4,000.00 |
| | | Hyster fork lift 1326 Smith Ave. Antigo, WI 54409 | | 4,000.00 |
| | | Yale fork lift 1326 Smith Ave. Antigo, WI 54409 | | 4,000.00 |
| | | Miscellaneous shop equipment & supplies 1326 Smith Ave. Antigo, WI 54409 | | 20,000.00 |
| | | Fair Bank part counter, table scale, pallet scale 1326 Smith Ave. Antigo, WI 54409 | | 4,000.00 |
| | | Yale fork lift 1326 Smith Ave. Antigo, WI 54409 | | 10,000.00 |
| | | Quincy air compressor 1326 Smith Ave. Antigo, WI 54409 | | 1,500.00 |
| | | Industrial Air Machine air compressor | | 3,000.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                    Case No. _____
_____
**Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

<div style="writing-mode: vertical-lr">Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1326 Smith Ave.<br>Antigo, WI 54409 | | |
| | | Metton Toledo pallet jack<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 1,000.00 |
| | | Kalamazoo cut off saw<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 6,000.00 |
| | | Lincoln Power Supply Mic<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 2,000.00 |
| | | Holcraft Furnace line<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 250,000.00 |
| | | A & A Associated furnace car type<br>1326 Smith Ave.<br>Antigo, WI 54409 | | 90,000.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

        0     continuation sheets attached     Total     $    1,080,220.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

In re <u>Northland Heat Treating, Inc.</u>      Case No. _____
           **Debtor**                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds

☐   11 U.S.C. § 522(b)(3)                           $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

B6D (Official Form 6D) (12/07)

**In re** Northland Heat Treating, Inc. _____ ,     **Case No.** _____

_____Debtor_____                                                    _____(If known)_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Langlade County Treasurer<br>800 Clermont Street<br>Antigo, WI 54409 | | | Lien: real estate taxes<br>Security: 1326 Smith Avenue, Antigo, WI 54409<br><br>VALUE $ 893,500.00 | | | | 22,864.28 | 0.00 |
| ACCOUNT NO.<br><br>State Bank of Florence<br>PO Box 500<br>Florence, WI 54121 | | | Lien: Mortgage/GBSA<br>Security: 1326 Smith Ave., Antigo, WI 54409<br><br>VALUE $ 1,973,720.00 | | | | 1,360,286.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br> | | | <br><br>VALUE $ | | | | | |

_0_ continuation sheets attached

Subtotal ► (Total of this page)  $1,383,150.28     $ 0.00

Total ► (Use only on last page)  $1,383,150.28     $ 0.00

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re __Northland Heat Treating, Inc._____,     Case No._____
          <span>Debtor</span>                                                                    <span>(if known)</span>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re   Northland Heat Treating, Inc.                                      ,          Case No._____
                          Debtor                                                                          (if known)

☐    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   *\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

          2    **continuation sheets attached**

In re __Northland Heat Treating, Inc._____,   Case No. _____

_____Debtor_____                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue Service <br> United States Treasury <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | | Incurred: period ending 3/31/10 <br> Consideration: Tax Lien for 941 taxes | | | | 8,389.34 | 8,389.34 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> United States Treasury <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | | Incurred: 3/10 - 6/11 <br> Consideration: 941 taxes | | | | 26,569.27 | 26,569.27 | 0.00 |
| ACCOUNT NO. <br><br> Internal Revenue Service <br> United States Treasury <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | | | | | | | 12,712.19 | 0.00 | 12,712.19 |
| ACCOUNT NO. <br><br> State of WI Dept. of Commerce <br> PO box 78086 <br> Milwaukee, WI 53293-0086 | | | | | | | 300.00 | 0.00 | 300.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** <br> (Totals of this page) ➤ | $ 47,970.80 | $ 34,958.61 | $ 13,012.19 |
| **Total** ➤ <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| **Totals** ➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc._____,          Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| WI Dept of Revenue PO Box 930208 Milwaukee, WI 53293-0208 | | | | | | | 568.10 | 0.00 | 568.10 |
| ACCOUNT NO. | | | | | | | | | |
| WI Dept of Workforce Development Division of Unemployment Ins. PO Box 7888 Madison, WI 53707-7888 | | | | | | | 15,110.80 | 15,110.80 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| WI Dept of Workforce Development Division of Unemployment Ins. PO Box 7888 Madison, WI 53707-7888 | | | | | | | 450.45 | 0.00 | 450.45 |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 16,129.35 | $ | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 64,100.15 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 50,069.41 | $ 14,030.74 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re __Northland Heat Treating, Inc._____,     Case No. _____

        **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Airgas North Central<br>PO Box 8025888<br>Chicago, IL 60680-2588 | | | Consideration: Business Debt | | | | 3,196.79 |
| ACCOUNT NO.<br><br>Alcon Industries Inc.<br>PO Box 72157<br>Cleveland, OH 44192 | | | Consideration: Business Debt | | | | 5,575.85 |
| ACCOUNT NO.<br><br>Allied Glove & Safety Products<br>433 E. Stewart St.<br>Milwaukee, WI 53207 | | | Consideration: Business Debt | | | | 29.17 |
| ACCOUNT NO.<br><br>American Funds<br>PO Box 659530<br>San Antonio, TX 78265-9911 | | | Consideration: Business Debt | | | | 41.66 |

_____ 21 _____continuation sheets attached

Subtotal ➤ | $ | 8,843.47

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re ___Northland Heat Treating, Inc._____ ,  Case No. _____

**Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> American Heritage Life Insurance Co. <br> PO Box 650514 <br> Dallas, TX 75265-0514 | | | Consideration: Business Debt | | | | 3,080.36 |
| ACCOUNT NO. <br><br> American Industrial Leasing Co. <br> PO Box 1170 <br> Milwaukee, WI 53201-1170 | | | Consideration: Business Debt | | | | 7,849.88 |
| ACCOUNT NO. <br><br> American Welding & Gas <br> PO Box 30118 <br> Billings, MT 59107 | | | Consideration: Business Debt | | | | 1,298.20 |
| ACCOUNT NO. <br><br> Anderson Tackman & Co. <br> PO Box 828 <br> Iron Mountain, MI 49801 | | | Consideration: Business Debt | | | | 4,323.57 |
| ACCOUNT NO. <br><br> Antigo Sign C. <br> 130 Superior St. <br> Antigo, WI 54409 | | | Consideration: Business Debt | | | | 1,863.13 |

Sheet no. __1__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 18,415.14

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE*

In re  Northland Heat Treating, Inc. _____ ,     Case No. _____
                        **Debtor**                                                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Antigo Value Antigo <br> 2516 Hwy 45 North <br> ANtigo, WI 54409 | | | Consideration: Business Debt | | | | 80.17 |
| ACCOUNT NO. <br><br> Antigo Water Dept. <br> 700 Edison St. <br> Antigo, WI 54409 | | | Consideration: Business Debt | | | | 1,267.93 |
| ACCOUNT NO. <br><br> Apex Engineering Products Corp. <br> 1241 Shoreline Dr. <br> Aurora, IL 60504 | | | Consideration: Business Debt | | | | 249.37 |
| ACCOUNT NO. <br><br> ASM International <br> PO Box 901540 <br> Cleveland, OH 44190-1540 | | | Consideration: Business Debt | | | | 1,563.76 |
| ACCOUNT NO. <br><br> AT&T <br> PO Box 9001309 <br> Louisville, KY 40290-1309 | | | Consideration: Business Debt | | | | 401.82 |

Sheet no. _2_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   3,563.05

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re <u>Northland Heat Treating, Inc.</u> ,          Case No. _____

**Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | | | Consideration: Business Debt | | | | 190.56 |
| ACCOUNT NO.<br><br>Attorney Frederick C. Wieting<br>125 S Jefferson Street # 101<br>Green Bay, WI 54301-4500 | | | Consideration: Collection for State Bank of Florence | | | | Notice Only |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 51001<br>Dallas, TX 75285-1001 | | | Consideration: Business Credit Card Purchases | | | | 12,746.46 |
| ACCOUNT NO.<br><br>Bank of America<br>PO Box 851001<br>Dallas, TX 75285-1001 | | | Consideration: Business Credit Card Purchases | | | | 6,817.65 |
| ACCOUNT NO.<br><br>Bear Country Forklift<br>816 1/2 Superior St.<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 237.23 |

Sheet no. <u>3</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,991.90

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re <u>Northland Heat Treating, Inc.</u>, Case No. _____
           **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bennetts Electric<br>PO Box 127<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 57.00 |
| ACCOUNT NO.<br><br>Benz Oil<br>Bin #53141<br>Milwaukee, WI 53288 | | | Consideration: Business Debt | | | | 15,563.10 |
| ACCOUNT NO.<br><br>Business Car<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | | Consideration: Business Credit Card Purchases | | | | 6,080.45 |
| ACCOUNT NO.<br><br>Butch's Super Valu<br>115 S. Superior St.<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 3,255.05 |
| ACCOUNT NO.<br><br>Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | | | Consideration: Business Credit Card Purchases | | | | 3,761.18 |

Sheet no. <u>4</u> of <u>21</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      28,716.78

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re <u>Northland Heat Treating, Inc.</u> ,                Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One<br>PO Box 60599<br>City of Industry, CA91716-0599 | | | Consideration: Business Debt | | | | 8,309.63 |
| ACCOUNT NO.<br><br>CASP<br>1529 Edison t.<br>Angito, WI 54409 | | | Consideration: Business Debt | | | | 1,318.68 |
| ACCOUNT NO.<br><br>Central Billing Office<br>PO Box 1405<br>Wausau, WI 54402-1405 | | | Consideration: Business Debt | | | | 50.00 |
| ACCOUNT NO.<br><br>Chemetall<br>22040 Network PLAce<br>Chicago, IL 60673-1220 | | | Consideration: Business Debt | | | | 533.95 |
| ACCOUNT NO.<br><br>City Gas Co.<br>PO Box 370<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 32,343.40 |

Sheet no. __5__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 42,555.66

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                    ,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>City of Antigo<br>700 Edison St.<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 5,598.70 |
| ACCOUNT NO.<br><br>Color Vision Ltd.<br>W501 State Hwy 29<br>Edgar, WI 54426 | | | Consideration: Business Debt | | | | 34.01 |
| ACCOUNT NO.<br><br>Cooley Wire Products Mfg.<br>5025 N. River Rd.<br>Schiller Park, IL 60176 | | | Consideration: Business Debt | | | | 6,302.00 |
| ACCOUNT NO.<br><br>Cousineau Auto<br>N2267 Hwy 45 South<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 38.00 |
| ACCOUNT NO.<br><br>Covantage Credit Union<br>723 6th Ave.<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 1,765.87 |

Sheet no. __6__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,738.58

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                      ,          Case No. _____
            **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Crescent Electic Supply PO box 500 East Dubuque, IL 61025-4420 | | | Consideration: Business Debt | | | | 76.20 |
| ACCOUNT NO.  Dr. Bruce Goldsworthy 941 Centry Ave. Antigo, WI 54409 | | | Consideration: Business Debt | | | | 58.00 |
| ACCOUNT NO.  Duffy Co. 2863 Hellen Rd Palatine, IL 60067 | | | Consideration: Business Debt | | | | 224.87 |
| ACCOUNT NO.  Elizabeth Noskowiak N2437 Sunnyside Rd. Antigo, WI 54409 | | | Consideration: Business Debt | | | | 1,415.76 |
| ACCOUNT NO.  EMC Insurance Companies PO Box 219225 Kansas City, MO 64121-9225 | | | Consideration: Business Debt | | | | 2,332.05 |

Sheet no.  7  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  4,106.88

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Northland Heat Treating, Inc._____ ,     Case No. _____
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Etco Electric Supply Inc. <br> 2310 N. 3rd St. <br> Wausau, WI 54403-3297 | | | Consideration: Business Debt | | | | 58.10 |
| ACCOUNT NO. <br><br> Farm Bureau Co-op <br> PO Box 54 <br> Antigo, WI 54409 | | | Consideration: Business Debt | | | | 14,081.37 |
| ACCOUNT NO. <br><br> Fleet Farm <br> PO Box 960061 <br> Orlando, FL 32896-0061 | | | Consideration: Business Credit Card Purchases | | | | 637.72 |
| ACCOUNT NO. <br><br> Freund Law Office <br> PO Box 222 <br> Eau CLaire, WI 54702-0222 | | | Consideration: Business Debt | | | | 1,237.67 |
| ACCOUNT NO. <br><br> Frontier <br> PO Box 20550 <br> Rochester, NY 14602-0550 | | | Consideration: Business Debt | | | | 445.70 |

Sheet no. __8__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤　$　16,460.56

Total ➤　$

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc. _____,    Case No. _____

**Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Frontier <br> PO Box 2951 <br> Dallas, TX 75392-0041 | | | Consideration: Business Debt | | | | 389.77 |
| ACCOUNT NO. <br><br> G&K Services <br> PO Box 10446 <br> Green Bay, WI 54307-0446 | | | Consideration: Business Debt | | | | 195.06 |
| ACCOUNT NO. <br><br> Gilmore Diamond Tols Ic. <br> 1231 County St. <br> Attleboro, MA 02703 | | | Consideration: Business Debt | | | | 116.57 |
| ACCOUNT NO. <br><br> Goff Inc. <br> PO Box 1607 <br> Seminole, OK 74818 | | | Consideration: Business Debt | | | | 979.47 |
| ACCOUNT NO. <br><br> Goyke, Tillisch & Higgins LLP <br> PO Box 278 <br> Wausau, WI 54402 | | | Consideration: Business Debt | | | | 200.00 |

Sheet no. 9 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,880.87

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re    Northland Heat Treating, Inc.                              ,          Case No. _____
         **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Holcroft<br>PO Box 967000<br>Detroit, MI 48267 | | | Consideration: Business Debt | | | | 450.00 |
| **ACCOUNT NO.**<br>Horizon Freightways, Inc.<br>PO Box 20706<br>Milwaukee, WI 53220 | | | Consideration: Business Debt | | | | 7,045.70 |
| **ACCOUNT NO.**<br>Industrial Service Co.<br>PO Box 649<br>South Windsor, CT 06074 | | | Consideration: Business Debt | | | | 515.34 |
| **ACCOUNT NO.**<br>Jack Dexter<br>312 Franklin St.<br>Mukwonago, WI 53149 | | | Consideration: Business Debt | | | | 655.00 |
| **ACCOUNT NO.**<br>Jones Service & Supply<br>700 Coronis Circle<br>Green Bay, WI 54304 | | | Consideration: Business Debt | | | | 45.20 |

Sheet no. __10__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    8,711.24

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re Northland Heat Treating, Inc. _____ , Case No. _____

**Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Kohn Law Firm<br>312 E Wisconsin Ave #501<br>Milwaukee, WI 53202-4305 | | | Consideration: Collection for Midland Funding LLC, Capital One Bank | | | | Notice Only |
| ACCOUNT NO.<br><br>Lance's Service Garage Inc.<br>W9091 County Hwy F<br>ANtigo, WI 54409 | | | Consideration: Business Debt | | | | 346.12 |
| ACCOUNT NO.<br><br>Langlade Hospital<br>PO box 1163<br>Wausau, WI 54402 | | | Consideration: Business Debt | | | | 308.00 |
| ACCOUNT NO.<br><br>Langlade Hospital an Aspirus Partner<br>PO Box 1163<br>Wausau, WI 54402 | | | Consideration: Business Debt | | | | 218.00 |
| ACCOUNT NO.<br><br>Langlane County Development Fund<br>312 Forrest Ave/<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 5,570.53 |

Sheet no. 11 of 21 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal➤   $   6,442.65

Total➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re ___Northland Heat Treating, Inc._____ ,   Case No. _____
          **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Leah Tubb<br>16141 Langley Way<br>Grass Valley, CA 95949 | | | Consideration: Business Debt | | | | 6,323.20 |
| ACCOUNT NO.<br><br>Magna Fix<br>5042 Main St.<br>Lisle, IL 60532 | | | Consideration: Business Debt | | | | 340.00 |
| ACCOUNT NO.<br><br>Manifest Funding Services<br>PO Box 790448<br>St. Louis, MO 63179-0448 | | | Consideration: Business Debt | | | | 6,942.46 |
| ACCOUNT NO.<br><br>Manufacturer's News<br>1633 Central St.<br>Evanston, IL 60201 | | | Consideration: Business Debt | | | | 208.00 |
| ACCOUNT NO.<br><br>Marshfield Clinic<br>1000 N Oak Ave<br>Marshfield, WI 54449 | | | Consideration: Business Debt | | | | 50.00 |

Sheet no. __12__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 13,863.66

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                                    ,          Case No. _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Mary Milbrath<br>2310 Enda Ave.<br>Park Ridge, IL 60068 | | | Consideration: Business Debt | | | | 74.67 |
| ACCOUNT NO.<br><br>Mary Milbrath<br>2310 Enda Ave.<br>Park Ridge, IL 60068 | | | | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Maurice Combs<br>W7601 Reimer Rd.<br>Antigo, WI 54409 | | | | | | | 5,000.00 |
| ACCOUNT NO.<br><br>Menards<br>PO Box 5219<br>Carol Stream, IL 60197-5219 | | | Consideration: Business Credit Card Purchases | | | | 489.16 |
| ACCOUNT NO.<br><br>Metal Finishing Supply<br>PO Box 526<br>Brookfield, WI 53008 | | | Consideration: Business Debt | | | | 32.98 |

Sheet no.  13  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 35,596.81

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc._____,     Case No. _____
                **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Metal Treating Institute<br>1550 Roberts Dr.<br>Jacksonville Beach, FL 32250 | | | Consideration: Business Debt | | | | 300.00 |
| **ACCOUNT NO.**<br>Midland Funding LLC<br>8875 Aero Dr. Ste. 200<br>San Diego, CA 92123 | | | Consideration: 11 SC 268 | | | | 4,007.68 |
| **ACCOUNT NO.**<br>N & M Transfer Co. Inc.<br>630 Muttart Rd.<br>Neenah, WI 54956-9752 | | | Consideration: Business Debt | | | | 105.85 |
| **ACCOUNT NO.**<br>OSHA<br>1648 Tri Park Way<br>Appleton, WI 54914 | | | Consideration: Business Debt | | | | 3,640.00 |
| **ACCOUNT NO.**<br>Pietz, VanderWall, Stacker & Rottier<br>530 Jackson St.<br>Wausau, WI 54403 | | | Consideration: Business Debt | | | | 9,465.70 |

Sheet no. __14__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  17,519.23

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                    ,          Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Pitney Bowes <br> PO Box 856460 <br> Louisville, KY 40285-6460 | | | Consideration: Business Debt | | | | 144.32 |
| ACCOUNT NO. <br><br> PLover River Land Co Inc. <br> P4225 Pineview Rd. <br> Birnamwood, WI 54414 | | | Consideration: Business Debt | | | | 100.00 |
| ACCOUNT NO. <br><br> Polar West Distributors LLC <br> N3153 Flak Rd. <br> Elton, WI 54430 | | | Consideration: Business Debt | | | | 145.00 |
| ACCOUNT NO. <br><br> Purchase Pwer <br> PO Box 856042 <br> Louisville, KY 40285 | | | Consideration: bus | | | | 286.32 |
| ACCOUNT NO. <br><br> Pyro Matic Inc. <br> 2185 W. Pershing St. <br> Appleton, WI 54914 | | | Consideration: Business Debt | | | | 3,747.66 |

Sheet no. __15__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    4,423.30

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Northland Heat Treating, Inc.                    ,        Case No. _____
       **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Registration Fee Trust <br> PO Box 2096 <br> Milwaukee, WI 53201-2096 | | | Consideration: Business Debt | | | | 457.50 |
| ACCOUNT NO. <br><br> Robert Schoen Sr. <br> 845 LaCrosse St. <br> Mauston, WI 53948 | | | Consideration: Business Debt | | | | 6,270.92 |
| ACCOUNT NO. <br><br> Rolled Alloys <br> PO Box 67000 <br> Detroit, MI 48267-0339 | | | Consideration: Business Debt | | | | 497.80 |
| ACCOUNT NO. <br><br> Sams Club Discover <br> PO Box 960016 <br> Orlando, FL 32896-0016 | | | Consideration: Business Credit Card Purchases | | | | 5,762.62 |
| ACCOUNT NO. <br><br> Sentry Insurance <br> PO Box 8019 <br> Stevens Point, WI 54481 | | | Consideration: Business Debt | | | | 2,699.33 |

Sheet no. __16__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $     15,688.17

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re Northland Heat Treating, Inc. , Case No. _____
                **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Spiegl COnstruction Co. <br> W8520 Counry Rd <br> Antigo, WI 54409 | | | Consideration: Business Debt | | | | 1,193.63 |
| ACCOUNT NO. <br><br> State Bank of Florence <br> PO Box 500 <br> Florence, WI 54121 | | | Consideration: Business Debt | | | | 22,340.42 |
| ACCOUNT NO. <br><br> Super Systems Inc. <br> 7205 Edington Dr. <br> Cincinnati, OH 45249 | | | Consideration: Business Debt | | | | 45.00 |
| ACCOUNT NO. <br><br> Superior Grinding Corp. <br> 524 Superior St. <br> Antigo, WI 54409 | | | Consideration: Business Debt | | | | 2,201.25 |
| ACCOUNT NO. <br><br> Sutton Transport <br> PO Box 378 <br> Weston, WI 54476 | | | Consideration: Business Debt | | | | 39.15 |

Sheet no. 17 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 25,819.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                              ,          Case No. _____
           **Debtor**                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>T&M Distributing LLC<br>W3210 Stetson Ave.<br>Stestonville, WI 54480 | | | Consideration: Business Debt | | | | 508.75 |
| ACCOUNT NO.<br><br>Tammy Gilbert<br>W9522 E 10th Ave.<br>Antigo, WI 54409 | | | | | | | 20,000.00 |
| ACCOUNT NO.<br><br>The Glass Company<br>1045 S Superior St.<br>Antigo, WI 54409 | | | Consideration: Business Debt | | | | 29.12 |
| ACCOUNT NO.<br><br>The Prince & Izant Co.<br>PO Box 931247<br>Cleveland, OH 44193 | | | Consideration: Business Debt | | | | 1,545.25 |
| ACCOUNT NO.<br><br>The Scale Shop<br>1120 Congress St.<br>Neenah, WI 54956 | | | Consideration: Business Debt | | | | 220.50 |

Sheet no. __18__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      22,303.62

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc.                        ,        Case No. _____
**Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Thomae Electric <br> 202 MIlton St. <br> Antigo, WI 54409 | | | Consideration: Business Debt | | | | 900.00 |
| ACCOUNT NO. <br><br> Trinity Vendor Finance <br> PO Box 7167 <br> Pasadena, CA 91109 | | | Consideration: Business Debt | | | | 453.58 |
| ACCOUNT NO. <br><br> UPS <br> Lockbox 577 <br> Carol Stream, IL 60132-0577 | | | Consideration: Business Debt | | | | 1,417.27 |
| ACCOUNT NO. <br><br> US Bank <br> PO Box 790408 <br> St. Louis, MO 63179-0408 | | | Consideration: Business Debt | | | | 7,276.23 |
| ACCOUNT NO. <br><br> USF Holland <br> 27052 Network Place <br> Chicago, IL 60673-1270 | | | Consideration: Business Debt | | | | 358.42 |

Sheet no. 19 of 21 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 10,405.50

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re  Northland Heat Treating, Inc._____ ,          Case No. _____
             **Debtor**                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Veolia Environmental Services<br>5509 Fuller St.<br>Schofield, WI 54476 | | | Consideration: Business Debt | | | | 194.34 |
| ACCOUNT NO.<br><br>Viking Electric Supply<br>PO Box 77102<br>Minneapolis, MN 55480-7102 | | | Consideration: Business Debt | | | | 1,649.27 |
| ACCOUNT NO.<br><br>Wells Fargo Financial Leasing<br>PO Box 6434<br>Carol Stream, IL 60197-6434 | | | Consideration: Business Debt | | | | 8,793.65 |
| ACCOUNT NO.<br><br>Werner Electric<br>PO Box 1170<br>Milwaukee, WI 53201 | | | Consideration: Business Debt | | | | 159.21 |
| ACCOUNT NO.<br><br>Wisconsin Manufacturers Register<br>1633 Central St.<br>Evanston, IL 60201-1569 | | | Consideration: Business Debt | | | | 203.84 |

Sheet no. __20__ of __21__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 11,000.31

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Northland Heat Treating, Inc.                                    ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wisconsin Public Service <br> PO Box 19003 <br> Green Bay, WI 54307-9003 | | | Consideration: Business Debt | | | | 15,607.15 |
| ACCOUNT NO. <br><br> Wisconsin SCTF <br> PO Box 74400 <br> Milwaukee, WI 53274-0400 | | | Consideration: Business Debt | | | | 214.00 |
| ACCOUNT NO. <br><br> World Wide Packaging of Wisconsin Inc. <br> PO Box 189 <br> Cross Plains, WI 53528 | | | Consideration: Business Debt | | | | 52.10 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  21  of  21  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 15,873.25 |
| Total ▶ | $ | 345,920.08 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Northland Heat Treating, Inc.      Case No. _____
_____
     **Debtor**                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

In re <u>Northland Heat Treating, Inc.</u>     Case No. _____
   **Debtor**               **(if known)**

# SCHEDULE H - CODEBTORS

  Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

Northland Heat Treating, Inc.

In re _____    Case No. _____
          **Debtor**                                                               **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                            **Debtor**

Date _____     Signature: _____
                                                               **(Joint Debtor, if any)**

                                            **[If joint case, both spouses must sign.]**

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____       _____
     Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  **President** _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Northland Heat Treating, Inc.**_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___44___ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  **9/26/11**_____     Signature:  **/s/ Danny Miller**_____
                                                                   **DANNY MILLER**
                                               **[Print or type name of individual signing on behalf of debtor.]**

                 *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In Re  Northland Heat Treating, Inc.

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|      | AMOUNT | SOURCE |
|------|--------|--------|
| 2011 | $1,169,106.00 | Gross sales for fiscal year 8/1/10 - 7/31/11 |
| 2010 | $886,661.00 | Gross sales for fiscal year 8/1/09 - 7/31/10 |
| 2009 | -$219,824.00 | Business loss |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**2.  Income other than from employment or operation of business**

None

☒

      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

      AMOUNT                                 SOURCE

---

**3. Payments to creditors**

None

☒

    *Complete a. or b., as appropriate, and c.*

    *a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☐

    *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative  repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Alcon Industries<br>PO Box 72157<br>Cleveland, OH 44192 | 8/29/11 | $2000.00 | $5575.85 |
| City Gas Co.<br>PO Box 370<br>Antigo, WI 54409 | 7/13/11 - 9/9/11 | $28088.35 | $32323.40 |
| Cooley Wire<br>5025 N. River Rd.<br>Schiller Park, IL 60176 | 9/16/11 | $750.00 | $6302.00 |
| Farm Bureau Group<br>PO Box 54<br>Antigo, WI 54409 | 6/30/11 - 9/16/11 | $13533.88 | $14081.37 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Horizon Freightways<br>PO Box 20706<br>Milwaukee, WI 53220 | 6/30/11 - 8///11 | 3206.44 | $6771.70 |
| Manifest Funding<br>PO Box 790448<br>St. Louis, MO 63179 | 6/30/11 - /26/11 | 10949.94 | $50772.50 |
| Pietz Vanderwal<br>530 Jackson St.<br>Wausau, WI 54403 | 7/29/11 | $2000.00 | $6717.85 |
| Sams Club Discover<br>PO Box 90016<br>Orlando, FL 32896 | 9/15/11 | $516.00 | |
| US Bank<br>PO Box 790408<br>St. Louis, MO 63179 | 7/16/11 - 9/16/11 | $480.00 | $7276.23 |
| Wisconsin Public Service<br>PO Box 19003<br>Green Bay, WI 54307-9003 | 22099.21 | $8472.27 | |
| Internal Revenue Service<br>United States Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 9/8/11 | $5000.00 | $20949.47 |
| Trinity Finance<br>PO Box 7167<br>Pasadena, CA 91109 | 6/30/11 - 9/9/11 | 1706.73 | $10,584.00 |

None



*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Midland Funding LLC vs. Debtor 11 SC 268 | Small Claims | Circuit Court Langlade County | Judgment |
| Capital One Bank vs. Debtor 11 CV 89 | Civil | Circuit Court Langlade County | Judgment |
| State Bank of Florence vs. Debtor 10 CV 31 | Foreclosure | Circuit Court Langlade County | Judgment |

None ☐     b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Capital One PO Box 60599 City of Industry, CA91716 | 7/26/11 | garnished $4242.69 |
| Capital One PO Box 60599 City of Industry, CA 91716 | 9/9/11 | garnished $9493.26 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**5. Repossessions, foreclosures and returns**

None     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☒        lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
         (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
         both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None     a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒        the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any
         assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
         joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None     b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒        year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
         must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
         the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None     List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒        case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family
         member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter
         12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed,
         unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**8. Losses**

None ☒       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☒       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None ☒       a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

      b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**11. Closed financial accounts**

None ☒

     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ☒

     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ☒

     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ☒

     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

None



**15. Prior address of debtor**

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                          NAME USED                          DATES OF OCCUPANCY

None



**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None



a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME                NAME AND ADDRESS            DATE OF            ENVIRONMENTAL
AND ADDRESS              OF GOVERNMENTAL UNIT        NOTICE             LAW

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None



SITE NAME                NAME AND ADDRESS            DATE OF            ENVIRONMENTAL
AND ADDRESS              OF GOVERNMENTAL UNIT        NOTICE             LAW

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.  Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this
☐         bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Anderson, Tackman & Co.<br>PO Box 828<br>Iron Mountain, MI 49801 | 2005-present |

None    b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case
☒         have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None    c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books
☐         of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Anderson, Tackman & Co. | PO Box 828<br>Iron Mountain, MI 49801 |

None    d.     List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☐         financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| CoVantage Credit Union<br>723 6th Ave.<br>Antigo, WI 54409 | 2006-present |
| State Bank of Florence<br>PO Box 500<br>Florence, WI 54121 | 2005-present |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**20. Inventories**

None  a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒       taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                          (Specify cost, market or other basis)

None  b.    List the name and address of the person having possession of the records of each of the two inventories
☒       reported in a., above.

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF
                                                        INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None  a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

NAME AND ADDRESS              NATURE OF INTEREST               PERCENTAGE OF INTEREST

Richard Muraski              Owner                            50
N3829 Bolen Rd.
Bryant, WI 54418

Danny L. Miller              owner                            50
608 Forrest Ave.
Antigo, WI 54409

None  b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐       or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS              TITLE                          NATURE AND PERCENTAGE OF
                                                                    STOCK OWNERSHIP

Danny L. Miller              President                       50%

Richard Muraski                                              50%

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

**22. Former partners, officers, directors and shareholders**

None ☒  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒  If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------|------|------|

**24. Tax Consolidation Group**

None ☐  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| Northland Heat Treating, Inc. | 39-1819770 |

**25. Pension Funds**

None ☒  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

* * * * * *

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    9/26/11               Signature      /s/ Danny Miller

                                                DANNY MILLER,
President

                                                Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ 0 _____ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

B203
12/94

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  Northland Heat Treating, Inc.

Case No. _____

Chapter _____11_____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

    For legal services, I have agreed to accept .........................…………….……………..... $ _____0.00_____

    Prior to the filing of this statement I have received ........……………….................... $ _____0.00_____

    Balance Due ...............................…………………………………….……................... $ _____0.00_____

2.  The source of compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.  ☑    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐    I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

9/26/11
_____
*Date*

/s/ John A.Foscato
_____
*Signature of Attorney*

_____
*Name of law firm*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE

Airgas North Central
PO Box 8025888
Chicago, IL 60680-2588


Alcon Industries Inc.
PO Box 72157
Cleveland, OH 44192


Allied Glove & Safety Products
433 E. Stewart St.
Milwaukee, WI 53207


American Funds
PO Box 659530
San Antonio, TX 78265-9911


American Heritage Life Insurance Co.
PO Box 650514
Dallas, TX 75265-0514


American Industrial Leasing Co.
PO Box 1170
Milwaukee, WI 53201-1170


American Welding & Gas
PO Box 30118
Billings, MT 59107


Anderson Tackman & Co.
PO Box 828
Iron Mountain, MI 49801


Antigo Sign C.
130 Superior St.
Antigo, WI 54409


Antigo Value Antigo
2516 Hwy 45 North
ANtigo, WI 54409

Antigo Water Dept.
700 Edison St.
Antigo, WI 54409


Apex Engineering Products Corp.
1241 Shoreline Dr.
Aurora, IL 60504


ASM International
PO Box 901540
Cleveland, OH 44190-1540


AT&T
PO Box 9001309
Louisville, KY 40290-1309


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Attorney Frederick C. Wieting
125 S Jefferson Street # 101
Green Bay, WI 54301-4500


Bank of America
PO Box 51001
Dallas, TX 75285-1001


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Bear Country Forklift
816 1/2 Superior St.
Antigo, WI 54409


Bennetts Electric
PO Box 127
Antigo, WI 54409

Benz Oil
Bin #53141
Milwaukee, WI 53288


Business Car
PO Box 15710
Wilmington, DE 19886-5710


Butch's Super Valu
115 S. Superior St.
Antigo, WI 54409


Capital One
PO Box 60599
City of Industry, CA 91716-0599


Capital One
PO Box 60599
City of Industry, CA91716-0599


CASP
1529 Edison t.
Angito, WI 54409


Central Billing Office
PO Box 1405
Wausau, WI 54402-1405


Chemetall
22040 Network PLAce
Chicago, IL 60673-1220


City Gas Co.
PO Box 370
Antigo, WI 54409


City of Antigo
700 Edison St.
Antigo, WI 54409

Color Vision Ltd.
W501 State Hwy 29
Edgar, WI 54426


Cooley Wire Products Mfg.
5025 N. River Rd.
Schiller Park, IL 60176


Cousineau Auto
N2267 Hwy 45 South
Antigo, WI 54409


Covantage Credit Union
723 6th Ave.
Antigo, WI 54409


Crescent Electic Supply
PO box 500
East Dubuque, IL 61025-4420


Dr. Bruce Goldsworthy
941 Centry Ave.
Antigo, WI 54409


Duffy Co.
2863 Hellen Rd
Palatine, IL 60067


Elizabeth Noskowiak
N2437 Sunnyside Rd.
Antigo, WI 54409


EMC Insurance Companies
PO Box 219225
Kansas City, MO 64121-9225


Etco Electric Supply Inc.
2310 N. 3rd St.
Wausau, WI 54403-3297

```
Farm Bureau Co-op
PO Box 54
Antigo, WI 54409


Fleet Farm
PO Box 960061
Orlando, FL 32896-0061


Freund Law Office
PO Box 222
Eau CLaire, WI 54702-0222


Frontier
PO Box 20550
Rochester, NY 14602-0550


Frontier
PO Box 2951
Dallas, TX 75392-0041


G&K Services
PO Box 10446
Green Bay, WI 54307-0446


Gilmore Diamond Tols Ic.
1231 County St.
Attleboro, MA 02703


Goff Inc.
PO Box 1607
Seminole, OK 74818


Goyke, Tillisch & Higgins LLP
PO Box 278
Wausau, WI 54402


Holcroft
PO Box 967000
Detroit, MI 48267
```

```
Horizon Freightways, Inc.
PO Box 20706
Milwaukee, WI 53220


Industrial Service Co.
PO Box 649
South Windsor, CT 06074


Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
United States Treasury
PO Box 7346
Philadelphia, PA 19101-7346


Jack Dexter
312 Franklin St.
Mukwonago, WI 53149


Jones Service & Supply
700 Coronis Circle
Green Bay, WI 54304


Kohn Law Firm
312 E Wisconsin Ave #501
Milwaukee, WI 53202-4305


Lance's Service Garage Inc.
W9091 County Hwy F
ANtigo, WI 54409
```

Langlade County Treasurer
800 Clermont Street
Antigo, WI  54409


Langlade Hospital
PO box 1163
Wausau, WI 54402


Langlade Hospital an Aspirus Partner
PO Box 1163
Wausau, WI 54402


Langlane County Development Fund
312 Forrest Ave/
Antigo, WI 54409


Leah Tubb
16141 Langley Way
Grass Valley, CA 95949


Magna Fix
5042 Main St.
Lisle, IL 60532


Manifest Funding Services
PO Box 790448
St. Louis, MO 63179-0448


Manufacturer's News
1633 Central St.
Evanston, IL 60201


Marshfield Clinic
1000 N Oak Ave
Marshfield, WI 54449


Mary Milbrath
2310 Enda Ave.
Park Ridge, IL 60068

Mary Milbrath
2310 Enda Ave.
Park Ridge, IL 60068


Maurice Combs
W7601 Reimer Rd.
Antigo, WI 54409


Menards
PO Box 5219
Carol Stream, IL 60197-5219


Metal Finishing Supply
PO Box 526
Brookfield, WI 53008


Metal Treating Institute
1550 Roberts Dr.
Jacksonville Beach, FL 32250


Midland Funding LLC
8875 Aero Dr. Ste. 200
San Diego, CA 92123


N & M Transfer Co. Inc.
630 Muttart Rd.
Neenah, WI 54956-9752


OSHA
1648 Tri Park Way
Appleton, WI 54914


Pietz, VanderWall, Stacker & Rottier
530 Jackson St.
Wausau, WI 54403


Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460

PLover River Land Co Inc.
P4225 Pineview Rd.
Birnamwood, WI 54414


Polar West Distributors LLC
N3153 Flak Rd.
Elton, WI 54430


Purchase Pwer
PO Box 856042
Louisville, KY 40285


Pyro Matic Inc.
2185 W. Pershing St.
Appleton, WI 54914


Registration Fee Trust
PO Box 2096
Milwaukee, WI 53201-2096


Robert Schoen Sr.
845 LaCrosse St.
Mauston, WI 53948


Rolled Alloys
PO Box 67000
Detroit, MI 48267-0339


Sams Club Discover
PO Box 960016
Orlando, FL 32896-0016


Sentry Insurance
PO Box 8019
Stevens Point, WI 54481


Spiegl COnstruction Co.
W8520 Counry Rd
Antigo, WI 54409

```
State Bank of Florence
PO Box 500
Florence, WI 54121


State Bank of Florence
PO Box 500
Florence, WI 54121


State of WI Dept. of Commerce
PO box 78086
Milwaukee, WI 53293-0086


Super Systems Inc.
7205 Edington Dr.
Cincinnati, OH 45249


Superior Grinding Corp.
524 Superior St.
Antigo, WI 54409


Sutton Transport
PO Box 378
Weston, WI 54476


T&M Distributing LLC
W3210 Stetson Ave.
Stestonville, WI 54480


Tammy Gilbert
W9522 E 10th Ave.
Antigo, WI 54409


The Glass Company
1045 S Superior St.
Antigo, WI 54409


The Prince & Izant Co.
PO Box 931247
Cleveland, OH 44193
```

The Scale Shop
1120 Congress St.
Neenah, WI 54956


Thomae Electric
202 MIlton St.
Antigo, WI 54409


Trinity Vendor Finance
PO Box 7167
Pasadena, CA 91109


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Bank
PO Box 790408
St. Louis, MO 63179-0408


USF Holland
27052 Network Place
Chicago, IL 60673-1270


Veolia Environmental Services
5509 Fuller St.
Schofield, WI 54476


Viking Electric Supply
PO Box 77102
Minneapolis, MN 55480-7102


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197-6434


Werner Electric
PO Box 1170
Milwaukee, WI 53201

```
WI Dept of Revenue
PO Box  930208
Milwaukee, WI 53293-0208


WI Dept of Workforce Development
Division of Unemployment Ins.
PO Box 7888
Madison, WI 53707-7888


WI Dept of Workforce Development
Division of Unemployment Ins.
PO Box 7888
Madison, WI 53707-7888


Wisconsin Manufacturers Register
1633 Central St.
Evanston, IL 60201-1569


Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003


Wisconsin SCTF
PO Box 74400
Milwaukee, WI 53274-0400


World Wide Packaging of Wisconsin Inc.
PO Box 189
Cross Plains, WI 53528
```

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Wisconsin

In re  Northland Heat Treating, Inc.                    ,

                                Debtor

Case No. _____

Chapter    11

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 12 pages, is true, correct and complete to the best of my knowledge.

Date    9/26/11                          

Signature    /s/ Danny Miller                          

                                DANNY MILLER,
                                President

John A.Foscato
P.O. Box 1133
Green Bay, WI 54305-1133
920-432-8801
920-432-8859

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Wisconsin**

In re  Northland Heat Treating, Inc.                    ,
                            Debtor

Case No. _____

Chapter  11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
| --- | --- | --- |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30068-301X-00810 - PDF-XChange 2.5 DE